UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUDUBON CAPITAL SBIC, L.P.,<br><br>    Defendant. | Case No.  13-mc-80189-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: ECF No. 1 |

This case was opened on August 28, 2013, by order of the United States District Court for the Eastern District of Louisiana.  ECF No. 1.  That order appointed a receiver, outlined the receiver's duties, and established jurisdiction over the Defendant's assets located in this district pursuant to 15 U.S.C. § 687c and 28 U.S.C. § 754.  Id.

There has been no activity in the case in the more than one year since the order was filed.  Perhaps the matter is active, but does not require judicial attention.  It seems equally likely, however, that the receiver has fulfilled its duties and the case has run its course.

Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why the case should not be dismissed.  The parties shall file a written response to this order no later than September 17, 2014.  If the parties fail to file a response by that date, the case will be dismissed.

**IT IS SO ORDERED.**

Dated:  September 2, 2014

                                              JON S. TIGAR
                                     United States District Judge