UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUDUBON CAPITAL SBIC, L.P.,<br><br>　　　　Defendant. | Case No.  13-mc-80189-JST<br><br>**ORDER TERMINATING CASE**<br><br>Re: ECF Nos. 2, 3 |

This case was opened on August 28, 2013, ECF No. 1, but there has been no activity in the case since that date.  On September 2, 2014, the Court issued an Order to Show Cause why the case should not be dismissed.  ECF No. 2.

On September 9, 2014, the Small Business Administration filed a response to the Order to Show Cause, stating that there is no reason that this matter should not be closed.  ECF No. 3.  The Court has received no other responses to the Order to Show Cause.

Accordingly, good cause appearing, the Court hereby TERMINATES this case.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  September 19, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge